IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GREGORY AND REBEKAH BOWE, | ) |
| Plaintiffs, | ) Case No.: 2:22-cv-04266 |
| v. | ) Chief Judge Algenon L. Marbley |
| CROSS RIVER BANK, *et al.* | ) |
| Defendants. | ) |

**DEFENDANT TRIVEST PARTNERS, L.P.'S NOTICE OF**
**SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Trivest Partners, L.P. ("Trivest") submits this Notice of Supplemental Authority in support of its Motion to Dismiss Plaintiffs' Complaint. *See* ECF No. 8. On May 5, 2023, Judge Dan Aaron Polster, a federal district court judge in the Northern District of Ohio, granted Trivest's motion to dismiss based on the first-to-file rule, in a case filed against Trivest by the same plaintiffs' counsel with almost identical allegations and causes of action to this case. *Tonya Davis v. Technology Credit Union, et al.*, Case No. 5:22-cv-2206, 2023 WL 3276600, *1-3 (N.D. Ohio May 5, 2023), attached as **Exhibit A**.

In *Davis*, Trivest argued that the application of the first-to-file rule is appropriate because the first-filed action in Michigan is seeking class certification for a broad, nationwide class that would include plaintiff, just as it does here. *See id*; *see also Aaron Hall, et al., v. Trivest Partners L.P., et al.*, United States District Court for the Eastern District of Michigan, Case No. 4:22-cv-12743-FKB-CI. Judge Polster agreed and dismissed the plaintiff's case finding that all three factors under the first-to-file rule weighed in favor of applying the rule to the *Davis* case: "[t]he Court finds that the first-to-file rule applies and warrants dismissal without prejudice of the plaintiff's case." *Id*. at 6.

Trivest, therefore, respectfully submits this notice of supplemental authority and requests that this Court take notice of the *Davis* decision.

Dated: May 10, 2023.

                                                        Respectfully Submitted,

                                                        */s/ Trevor G. Covey*
                                                        Trevor G. Covey (0085323)
                                                        Nora K. Cook (0086399)
                                                        Benesch, Friedlander, Coplan &
                                                          Aronoff LLP
                                                        200 Public Square, Suite 2300
                                                        Cleveland, Ohio 44114
                                                        Tel.: 216.363.4500
                                                        Fax: 216.363.4588
                                                        tcovey@beneschlaw.com
                                                        ncook@beneschlaw.com

                                                        R. Trent Taylor (*pro hac vice forthcoming*)
                                                        McGuireWoods LLP
                                                        Gateway Plaza
                                                        800 East Canal Street
                                                        Richmond, VA 23219-3916
                                                        (804) 775-1182
                                                        rtaylor@mcguirewoods.com

                                                        *Attorneys for Defendant Trivest Partners, L.P.*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 10, 2023, I electronically filed the forgoing with the Clerk of Court using the Court's ECF system, which will send notification of such filing to all counsel of record.

      Respectfully submitted,

      */s/ Trevor G. Covey*
      Attorney for Defendant Trivest Partners, L.P.