UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | |
|---|---|
| GREGORY AND REBEKAH BOWE, *Plaintiffs*, v. CROSS RIVER BANK, SUNLIGHT FINANCIAL LLC d/b/a SUNLIGHT FINANCIAL, JAYSON WALLER and TRIVEST PARTNERS, L.P., *Defendants*. | Civil Action No. 2:22-CV-04266 Chief Judge Algenon L. Marbley Magistrate Judge Elizabeth Preston Deavers |

**CROSS RIVER BANK'S JOINDER IN
MOTION TO COMPEL ARBITRATION AND DISMISS THE COMPLAINT**

Defendant Cross River Bank ("Defendant"), by and through undersigned counsel, hereby files its Joinder in Sunlight Financial, LLC's ("Sunlight Financial") Motion to Compel Arbitration and Dismiss the Complaint (the "Motion"), and states as follows:

Without waiving any of its defenses or other rights, Defendant hereby adopts and joins in Sunlight Financial's Motion and consents to the relief requested therein.  As a party to the subject Solar Energy System Long-Term Loan Agreement and Promissory Note (the "Loan Agreement"), the arguments and authorities proffered by Sunlight Financial are equally applicable to Defendant. *See* Motion (Doc. No. 20), ¶ 3 at Ex. B.  Accordingly, Plaintiffs' claims against Defendant fall within the Loan Agreement's arbitration provision and are arbitrable.

**WHEREFORE,** Defendant respectfully requests that the Court enter an Order dismissing this action and compelling Plaintiffs' claims to arbitration in accordance with the Loan Agreement.

Dated: June 13, 2023                                                                 Respectfully submitted,

1

*/s/ Branden Moore*
Branden P. Moore  (0092716)
McGuireWoods LLP
260 Forbes Avenue, Suite 1800
Pittsburgh, Pennsylvania 15222
Telephone: (412) 667-7908
Fax: (412) 667-7979
bmoore@mcguirewoods.com

***ATTORNEY FOR DEFENDANT CROSS RIVER BANK***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2023, a copy of the foregoing was served via the Court's electronic filing system on all parties and counsel of record.

                                        */s/ Branden Moore*
                                        Branden P. Moore