**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **GREGORY BOWE**, *et al.*, | : | |
| | : | Case No. 2:22-cv-04266 (consolidated with |
| | : | 1:22-cv-00723; 2:22-cv-04314; 2:22-cv 04315; |
| | : | 1:22-cv-00721; 2:22-cv-04318; 2:22-cv-04310) |
| | : | |
| Plaintiffs, | : | Chief Judge Algenon L. Marbley |
| | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| v. | : | |
| | : | |
| **CROSS RIVER BANK**, *et al.*, | : | |
| | : | |
| Defendants. | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to this Court's March 11, 2024 and April 10, 2024 Orders, the Court **GRANTED** Cross River Bank, Technology Credit Union, and Sunlight's motions to compel arbitration, and **DISMISSED** (1) all claims against Defendants Trivest Partners, L.P. and Jayson Waller; (2) the claims against Cross River Bank in *Bowe*, *Evans*, and *Salazar*; (3) the claims against Technology Credit Union in *Riley*, *Stenger*, *Chamberlin*, and *Genton*; and (4) all claims against Sunlight. This case is now **DISMISSED**.

**Date: April 10, 2024**    Richard W. Nagel, Clerk

                                             s/Diane M. Stash
                                     Diane M. Stash/Deputy Clerk